IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOME DEPOT U.S.A, INC., | No. C 16-04865 WHA |
| Plaintiff, | |
| v. | |
| EI DUPONT DE NEMOURS AND COMPANY, *et al.*, | **REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |
| Defendants. | |

Pursuant to Civil L.R. 3-12(c), the above entitled case is hereby **REFERRED** to the Honorable Beth Labson Freeman for consideration of whether the case is related to Case No. 13-cv-1180-BLF.

**IT IS SO ORDERED.**

Dated: September 20, 2016.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE