# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| HOME DEPOT UNITED STATES OF AMERICA, INC,<br><br>Plaintiff,<br><br>v.<br><br>E.I. DUPONT DE NEMOURS & COMPANY, et al.,<br><br>Defendants. | Case No. 16-cv-04865-BLF<br><br>**ORDER STRIKING DEFENDANTS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT; AND DIRECTING DEFENDANTS TO FILE A CORRECTED MEMORANDUM ON OR BEFORE JANUARY 4, 2019** |

The Court hereby STRIKES Defendants' Memorandum of Points and Authorities in Support of their Motion for Summary Judgment ("Memorandum") on the basis that the Memorandum violates the rules regarding use of footnotes set forth in this Court's Standing Order Re Civil Cases. Defendants may file a Corrected Memorandum on or before January 4, 2019. Any footnotes contained in the Corrected Memorandum shall be no less than 12-point type and shall be double-spaced. Footnotes shall not be used to cite to legal authorities or evidence. All citations to legal authorities or evidence shall be in the body of the brief. Excessive footnotes will be disregarded.

Changes to Defendants' Memorandum shall be limited to the clerical issues addressed in this order. Because the Corrected Memorandum will not contain any substantive changes, this order does not affect the briefing schedule for the summary judgment motion.

**IT IS SO ORDERED.**

Dated: December 14, 2018

_____
BETH LABSON FREEMAN
United States District Judge