IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOME DEPOT U.S.A., INC.<br><br>    Plaintiff,<br><br>v.<br><br>E.I. DUPONT DE NEMOURS AND COMPANY; and MILLENNIUM INORGANIC CHEMICALS, INC.<br><br>    Defendants. | Case No. 5:16-cv-04865-BLF<br><br>[~~PROPOSED~~] ORDER OF DISMISSAL OF E.I. DUPONT DE NEMOURS AND COMPANY AND MILLENNIUM INORGANIC CHEMICALS, INC. n/k/a CRISTAL USA INC. PURSUANT TO FED. R. CIV. P. 41(a)(2) |

## [~~PROPOSED~~] ORDER OF DISMISSAL

The Court having considered the Joint Motion, and good cause appearing therefore, orders as follows:

1. All claims asserted by Home Depot U.S.A., Inc. against Defendants E.I. du Pont de Nemours and Millennium Inorganic Chemicals Inc. n/k/a Cristal USA Inc. in the above-captioned action are hereby dismissed with prejudice pursuant to Fed. Rule Civ. P. 41(a)(2); and,

2. Each party shall bear its own costs and attorneys' fees.

**IT IS SO ORDERED.**

Date Entered: February 3, 2020

*[signature]*
The Honorable Beth Labson Freeman
District Court Judge